CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

Chantal R. Jenkins, PASBN 307531
Special Assistant United States Attorney
Office of the General Counsel
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4823
Facsimile: (415) 744-0134
E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY JEAN O'LEARY, | Case No.: 2:21-CV-00889-WGC |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant, the Commissioner of Social Security (the "Commissioner"), through the undersigned counsel, hereby requests an extension of time to file his Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal and/or Remand in this case. In support of this request, the Commissioner respectfully states as follows:

1. Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

2. Defendant's response to Plaintiff's opening brief is currently due December 1, 2021. Defendant has not previously requested an extension of time for this deadline.

3. The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawaiʻi, Nevada, and Guam.

4. The Region IX Office employs 44 staff attorneys, of whom 30 are actively handling civil litigation involving the Social Security program in the eight assigned jurisdictions. Most of the attorneys who handle program litigation cases have additional responsibilities, such as litigating in other practice areas described below, acting as Jurisdictional leads, reviewing the work product of junior attorneys, conducting trainings, and participating in national workgroups. In addition, because of attorneys taking unexpected leave or resigning, the Region IX Office has had to re-assign dozens of cases and substitute in new counsel who have had to absorb these re-assigned cases into their existing caseloads.

5. In addition to "program" litigation, the Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories. These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including Regional office client requests for advice on program issues, employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, and torts. Because of the high volume of program litigation cases, the Region IX Office has had to focus its efforts on processing only other workloads that are subject to statutory, regulatory, and court deadlines.

6. The undersigned of counsel attorney has 14 briefs due in district court cases over the next month which must be reviewed by the undersigned Special Assistant United States Attorney prior to filing with the Court.

7. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of December 1, 2021. Therefore, Defendant seeks an extension of 30 days, until December 31, to respond to Plaintiff's motion.

8. This request is made in good faith and is not intended to delay the proceedings in this matter.

9. On December 1, 2021, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

WHEREFORE, Defendant requests until December 31, 2021, to respond to Plaintiff's Motion for Reversal and/or Remand.

Dated: December 1, 2021               Respectfully submitted,

                                      CHRISTOPHER CHIOU
                                      Acting United States Attorney

                                      /s/ *Chantal R. Jenkins*
                                      Chantal R. Jenkins
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

Of Counsel to Defendant
Bacilio Mendez II, CSBN 332719
Assistant Regional Counsel
Social Security Administration

                                      IT IS SO ORDERED:

                                      _William G. Cobb_____
                                      UNITED STATES MAGISTRATE JUDGE

                                      DATED:   December 2, 2021

2

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

HAL TAYLOR, ESQUIRE
NV Bar ID: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
P: (775) 825-2223
F: (775) 329-1113
Email: haltaylorlawyer@gbis.com

Attorney for Plaintiff

Dated: December 1, 2021

/s/ *Chantal R. Jenkins*
Chantal R. Jenkins
Special Assistant United States Attorney

Attorneys for Defendant

Of Counsel to Defendant
Bacilio Mendez II, CSBN 332719
Assistant Regional Counsel
Social Security Administration