# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY JEAN O'LEARY,<br><br>             Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>             Defendant. | 2:21-cv-00889-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 28 |

Before the court is Defendant's *Ex Parte* Motion for an Extension to File Opposition to Plaintiff's Motion for Attorney's Fees (ECF No. 28).  Defendant requests an extension of fourteen (14) days from the date Plaintiff complies with the Clerk's Notice (ECF No. 27) in which to file an Opposition to Plaintiff's Motion for Attorney's Fees (ECF No. 25).

Defendant's *Ex Parte* Motion for an Extension to File Opposition to Plaintiff's Motion for Attorney's Fees (ECF No. 28) is **GRANTED**. Defendant shall have fourteen (14) days from the date Plaintiff complies with the Clerk's Notice (ECF No. 27) in which to file an Opposition to Plaintiff's Motion for Attorney's Fees (ECF No. 25).

**IT IS SO ORDERED.**

DATED:  June 28, 2022.

_____
UNITED STATES MAGISTRATE JUDGE