1    JASON M. FRIERSON
2    United States Attorney
     Nevada Bar No. 7709
3
     BACILIO MENDEZ II, CSBN 332719
4    Special Assistant United States Attorney
     Office of the General Counsel
5    160 Spear Street, Suite 800
     San Francisco, California 94105
6    Telephone: (510) 970-4840
     Facsimile: (415) 744-0134
7    E-Mail: Bacilio.Mendez@ssa.gov
8
     Attorneys for Defendant
9

10                  UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA (LAS VEGAS)

12

13    KELLY JEAN O'LEARY,                    )  Case No.: 2:21-CV-00889-CSD
                                             )
14              Plaintiff,                   )
                                             )
15        vs.                                )  **STIPULATION AND ORDER FOR THE**
                                             )  **AWARD AND PAYMENT OF ATTORNEY**
16                                           )  **FEES AND EXPENSES PURSUANT TO**
      KILOLO KIJAKAZI,                       )  **THE EQUAL ACCESS TO JUSTICE ACT,**
17    Acting Commissioner of Social Security, )  **28 U.S.C. § 2412(d), AND COSTS**
                                             )  **PURSUANT TO 28 U.S.C. § 1920**
18              Defendant.                   )
                                             )
19    _____)

20

21

22

23

24

25

26

1    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

2    subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of

3    seven thousand five hundred dollars ($7,500) under the Equal Access to Justice Act (EAJA), 28 U.S.C.

4    § 2412(d), and costs in the amount of four hundred dollars ($400) under 28 U.S.C. § 1920. This amount

5    represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with

6    this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

7    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter

8    of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130

9    S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are

10   subject to any offset allowed under the United States Department of the Treasury's Offset Program. After

11   the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

12   Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that

13   Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and

14   costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made

15   shall be delivered to counsel.

16   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees,

17   and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.

18   Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that

19   Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection

20   with this action.

21   //

22   //

23   //

24   //

25   //

26   //

Stip. & PO for EAJA & Costs; No. 2:21-CV-00889-CSD    1

1    This award is without prejudice to the rights of counsel and/or counsel's firm to seek Social Security

2    Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

3                                                        Respectfully submitted,

4    Dated: July 13, 2022                  By:    */s/ Hal Taylor*
                                                         HAL TAYLOR
5                                                        *By email authorization on July 12, 2022*
                                                         Attorney for Plaintiff
6

7    Dated: July 13, 2022                         JASON M. FRIERSON
                                                         United States Attorney
8

9                                          By:    /s/ *Bacilio Mendez II*
                                                         BACILIO MENDEZ II
10                                                       Special Assistant United States Attorney

11                                                       Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

## ORDER

2        IT IS ORDERED that fees and expenses in the amount of seven thousand five hundred dollars

3   ($7,500) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of

4   four hundred dollars ($400) under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

5

6   DATE: July 13, 2022   _____

7                     HON. CRAIG S. DENNEY
                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. & PO for EAJA & Costs; No. 2:21-CV-00889-CSD   3

## ORDER

IT IS ORDERED that fees and expenses in the amount of seven thousand five hundred dollars ($7,500) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400) under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.


DATE:                                    _____

                                         HON. CRAIG S. DENNEY
                                         UNITED STATES MAGISTRATE JUDGE